# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1726 | **DATE** | 11/29/2011 |
| **CASE TITLE** | Orlando Edward and Lee Edwards vs. Chicago Police Officer J. Haritos, et al. | | |

**DOCKET ENTRY TEXT**

Attached to this order are copies of (1) the Agreed Statement of Uncontested Facts which the court intends to provide each juror at the outset of the case, and (2) the Description of the Case which the court intends to read to the venire at the outset of jury selection on January 9, 2012. Counsel are requested to submit any objections thereto at the pretrial conference at 4:00 p.m. on November 29, 2011.

*James F. Holderman*

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ORLANDO EDWARDS and <br> LEE EDWARDS, <br>         Plaintiffs, <br><br> vs. <br><br> CHICAGO POLICE OFFICER J. HARITOS, <br> STAR NO. 16873; OFFICER P. PARK, <br> STAR NO. 13949; and OFFICER I. KAHN, <br> STAR NO. 17499 <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 09 C 1726 <br><br> Chief Judge James F. Holderman |

## AGREED STATEMENT OF UNCONTESTED FACTS

1. Plaintiffs, Orlando Edwards and Lee Edwards are residents of the City of Chicago in the Northern District of Illinois.

2. Defendant Officers J. Haritos and P. Park and I. Khan were employed in the City of Chicago and were residents of the Northern District of Illinois.

3. Defendant Officers J. Haritos and P. Park and I. Khan were, at all times relevant, acting within the scope of their employment and authority as police officers for the City of

Chicago Police Department.

4. The City of Chicago, through the Police Department was the employer of the above defendant police officers at the time of the alleged incident.

5. On March 3, 2008, Officers Haritos and Park arrested Plaintiffs Orlando Edwards and Lee Edwards at their home, located at 5736 W. Ohio Street in Chicago.

6. Orlando and Lee Edwards were transported to the 15th District of the Chicago Police Station

7. Lee Edwards was charged with the offenses of resisting arrest and aggravated assault to a police officer.

8. Orlando Edwards was charged with the offense of battery, resisting arrest, and aggravated assault

9. On or about March 21, 2008, all of the criminal charges initiated by the Defendant Officers were dismissed by the Cook County State's Attorneys' Office.

10. Plaintiffs brought this federal lawsuit asserting claims of false arrest, excessive force, failure to provide medical attention, and malicious prosecution.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | | |
|---|---|---|
| ORLANDO EDWARDS and | ) | |
| LEE EDWARDS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 09 C 1726 |
| | ) | |
| CHICAGO POLICE OFFICER J. HARITOS, | ) | Chief Judge James F. Holderman |
| STAR NO. 16873; OFFICER P. PARK, | ) | |
| STAR NO. 13949; and OFFICER I. KAHN, | ) | |
| STAR NO. 17499 | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED DESCRIPTION OF THE CASE

Plaintiffs, Orlando and Lee Edwards, filed this federal lawsuit against Defendant Chicago Police Officers J. Haritos, P. Park and I. Khan, to recover for alleged injuries from their arrests on March 3, 2008 and subsequent prosecution. The Plaintiffs claim that the Defendant Officers J. Haritos and P. Park violated their constitutional rights by falsely arresting them on March 3, 2008, that J. Haritos, P. Park and I. Khan used excessive force during the course of their arrests and that J. Haritos and P. Park failed to provide medical attention. Plaintiffs further

claim the Defendant Officers J. Haritos and P. Park violated Illinois law for malicious prosecution.

Defendants deny each of the Plaintiffs' allegations and contend that Plaintiffs' arrests were lawful. Defendants contend that probable cause existed for Plaintiffs' arrest and prosecution, the force used during the arrest was reasonable and not excessive, and Plaintiffs were not in need of medical care.